UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANE K. KROLL,<br><br>                Plaintiff,<br><br>   v.<br><br>SHELLY AJAXS,<br><br>                Defendant. | NO: 4:20-CV-5203-TOR<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

By Order filed November 12, the Court directed Plaintiff, a *pro se* pretrial detainee at the Benton County Jail, to clarify his intent regarding this case. ECF No. 4. Plaintiff had filed an AO 91 (Rev. 11/11) Criminal Complaint form on October 28, 2020. On November 12, 2020, a third party filed a letter asking the Clerk of Court to "dismiss" this case and "possibly forward to the 'correct' lawful authorities." ECF No. 3.

The Court explained that Plaintiff is precluded from bringing a criminal complaint in this Court or requesting this Court to compel prosecution based on

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

Plaintiff's asserted charges. ECF No. 4 at 3. The Court then gave Plaintiff the option to file a civil rights complaint utilizing the form provided and to pay the filing fee to commence this action under 28 U.S.C. § 1914(a) or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915(a). ECF No. 4 at 3-4. In the alternative, the Court granted Plaintiff the opportunity to voluntarily dismiss this action. *Id.* at 4. He did neither.

The Court concludes that Plaintiff has chosen to abandon this litigation.

Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to comply with the filing fee or *in forma pauperis* requirements.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **CLOSE** the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** December 21, 2020.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2